Midwest Tea Packing Company, Appellant, v. Currier-Lee Warehouses, Inc., Appellee.

Gen. No. 44,666.

opinion filed October 31, 1949; released for publication November 21, 1949. Harry A. Biossat, for appellant; Lord, Bissell & Kadyk, for appellee; Cushman B. Bissell and Russell Greenacre, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.

Henry Gold, Appellee, v. Robert G. Boland and Ole Rodseth, Trading as Rodseth Trucking Company, Appellants.

Gen. No. 44,732.

opinion filed October 31, 1949; released for publication November 21, 1949. Andrew J. Farrell, for appellants; Kamin & Gleason, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.